UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS RENE FLORES, | No. 2: 18-cv-2770 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| CDCR, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On November 8, 2018, the undersigned dismissed plaintiff's complaint as to the claims against defendants Franco and Johnson, with leave to amend. (ECF No. 8.) The undersigned found that while plaintiff's complaint stated potentially colorable claims against defendants Franco and Johnson, the complaint did not contain a demand for relief, as required by Federal Rule of Civil Procedure 8(a)(3).

On November 19, 2018, plaintiff filed a response to the November 8, 2018 order. (ECF No. 11.) Plaintiff's response includes a page from a complaint form containing his claim for relief. Also included are several pages of exhibits.

Local Rule 220 requires that complaints be complete in themselves without reference to any other pleadings. Pursuant to Local Rule 220, the undersigned may not consider plaintiff's November 19, 2018 as part of the original complaint. Plaintiff must file an amended complaint

containing his claims against defendants and his claim for relief. Piecemeal amendment is not permitted.

Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file an amended complaint that is complete in itself without reference to other documents; failure to comply with this order will result in a recommendation of dismissal of this action.

Dated: December 12, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Flor2770.ame