UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANTOS RENE FLORES,<br><br>    Plaintiff,<br><br>    v.<br><br>CDCR, et al.,<br><br>    Defendants. | No. 2: 18-cv-2770 KJM KJN P<br><br><br><br>ORDER |

On January 18, 2019, the undersigned granted plaintiff sixty days to file an amended complaint and objections to the November 8, 2019 findings and recommendations. (ECF No. 14.) On February 11, 2019, plaintiff filed a letter requesting help contacting his lawyer, Mr. Boome. (ECF No. 15.) Plaintiff alleges that the phone at the prison will not let him call out to his lawyer. Plaintiff requests that the court ask Mr. Boome to contact plaintiff.

Plaintiff is informed that, under these circumstances, the undersigned is not authorized to contact a lawyer on plaintiff's behalf.

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for court assistance in contacting his lawyer (ECF No. 15) is denied.

Dated: February 27, 2019

Flor2770.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE