1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   SANTOS RENE FLORES,                          No.  2:18-cv-2770 KJM KJN P

12                  Plaintiff,

13          v.                                     FINDINGS & RECOMMENDATIONS

14   CDCR, et al.,

15                  Defendants.

16

17          Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant

18   to 42 U.S.C. § 1983.  For the reasons stated herein, the undersigned recommends that this action

19   be dismissed based on plaintiff's failure to file an amended complaint.

20          On November 8, 2018, the undersigned dismissed plaintiff's complaint with thirty days to

21   file an amended complaint.  (ECF No. 8.)  The undersigned also recommended that defendant

22   California Department of Corrections and Rehabilitation ("CDCR") be dismissed.  (Id.)

23          On December 12, 2018, the undersigned granted plaintiff an additional thirty days to file

24   an amended complaint.  (ECF No. 12.)  On January 18, 2019, the undersigned granted plaintiff a

25   sixty-days extension of time to file an amended complaint and objections to the November 8,

26   2018 findings and recommendations.  (ECF No. 14.)  On March 27, 2019, the undersigned

27   granted plaintiff thirty days to file an amended complaint.  (ECF No. 19.)  Thirty days passed, and

28   plaintiff did not file an amended complaint.

                                                  1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: May 8, 2019

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Flo2770.fta